ACCEPTED
03-15-00232-CR
6415826
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/10/2015 12:00:00 AM
JEFFREY D. KYLE
CLERK

## 03-15-00232-CR

| | | |
|---|---|---|
| **ALICIA NICOLE PEREZ,** | § | **IN THE** |
| **Appellant** | § | |
| **VS.** | § | **THIRD COURT** |
| | § | |
| | § | |
| **STATE OF TEXAS,** | § | **OF APPEALS** |
| **Appellee** | | |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/10/2015 12:00:00 AM
JEFFREY D. KYLE
Clerk

## APPELLANT'S FIRST MOTION TO EXTEND TIME TO FILE BRIEF

## TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Alicia Nicole Perez, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the 207th Judicial District Court of Comal County, Texas.

2. The case below was styled the STATE OF TEXAS vs. ALICIA NICOLE PEREZ, and numbered CR2012-603

3. Appellant was convicted of possession of a controlled substance.

4. Appellant was assessed probated sentence of four years.

5. Notice of appeal was given on 4/22/2015.

6. The clerk's record was filed on 6/12/2015; the reporter's record was filed on 7/17/2015.

7. The appellate brief is currently due on 8/17/2015.

8. Appellant requests an extension of time of 30 days from August 17, 2015, to September 16, 2015.

9.    No prior extensions have been received in this cause.

10.    Defendant is currently free on bond.

11.    Appellant relies on the following facts as good cause for the requested extension:

Counsel just completed and filed a brief on August 10, 2015 in the Fourteenth Court of Appeals, No. 14-15-00023-CR, *Emmett Jeffrey Banks v. State of Texas*, and has simply struggled under a heavy caseload over the past several months. She has been appointed to many serious cases, and has prepared for and tried several serious cases since the first of the year. As a result, she has been unable to meet deadlines, despite working 60-70 hours/week, and was finding it difficult to maintain her practice at this level.

She has now notified all of the trial courts in her counties of practice that she is no longer available to assist with court-appointed cases, until further notice. Counsel has also submitted a vacation letter for three weeks in August, most of which will be devoted exclusively to writing appellate briefs. However, before Counsel can devote time to writing this brief, she must complete two others: *State of Texas v. Courven Thomas*, No. 04-14-00756 out of the Fourth Court of Appeals, and *Robert Rodriguez v. State of Texas*, No. 04-15-00204-CR also out of the Fourth Court of Appeals.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this First Motion To Extend Time to File Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

Schoon Law Firm, P.C.
200 N. Seguin Avenue
New Braunfels, Texas 78130
Tel: (830) 627-0044
Fax: (830) 620-5657
sschoon@zslawoffice.com
By: _____
Susan Schoon
State Bar No. 24046803
Attorney for Appellant

## CERTIFICATE OF SERVICE

This is to certify that on August 10, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Comal County, Texas by fax to 830-608-2008.

_____
Susan Schoon